# EXHIBIT G

**Exhibit G: US 10,571,104 Claim Chart v. Bell & Howell Work Light 360 Portable Folding Lights ("the 360 Light")**

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| 1. A portable lamp, comprising: a handle means comprising at least one handle body having two end portions | Yes.<br> |
| and a turning space defined between said two end portions; | Yes.<br> |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| and at least one lighting device which is rotatably mounted between said two end portions of said at least one handle body and | <br>Yes. |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| selectively arranged to be maintained within said turning space of said at least one handle body as a folded state and | Yes.<br> |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| to rotate with respect to said at least one handle body to define an included angle between said at least one lighting device and said at least one handle body as an unfolded state. | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| 2. The portable lamp, as recited in claim 1, wherein said handle means comprises a pair of first handle body and second handle body, | Yes. |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
| --- | --- |
| each of which comprises a handle element and two extending arms extended from two ends of said handle element respectively to define said turning space between said handle element and said extending arms, | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| wherein the other two free ends of the two extending arms form said two end portions of each of said first and second handle bodies and | Yes.<br> |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| both ends of said at least one lighting device are rotatably coupled with said two free ends of said two extending arms of each of said first and second handle bodies respectively. | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| 3. The portable lamp, as recited in claim 2, further comprising an adjusting device, which comprises a rotation shaft and two adjusting units rotatably coupled at two ends of said rotation shaft respectively, | Yes.<br> |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| wherein said at least one lighting device is mounted to said rotation shaft and said two adjusting units are rotatably coupled with said two free ends of said two extending arms of each of said first and second handle bodies respectively, | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| so as to rotatably mount said at least one lighting device to said first and second handle bodies while said first and second handle bodies are able to be rotated with respect to each other and said at least one lighting device to adjust an included angle between said first and second handle bodies. | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| 4. The portable lamp, as recited in claim 3, wherein the number of said at least one lighting device is two, wherein one of the lighting devices is defined as a first lighting device and the other lighting device is defined as a second lighting device, wherein said first lighting device and said second lighting device are rotatably coupled with each other by means of said adjusting device. | Yes.  |
| 5. The portable lamp, as recited in claim 4, wherein said rotation shaft comprises at least one first rotating unit and at least one second rotating unit rotatably coupled with said at least one first rotating unit coaxially, | Yes.  |

| Asserted Claims of U.S. 10,571,104 | The 360 Light |
|---|---|
| wherein one end wherein said first lighting device is mounted to said at least one first rotating unit of said rotation shaft and said second lighting device is mounted to said at least one second rotating unit of said rotation shaft so that an included angle between said first and second lighting devices is adjustable by rotating said one of said first and second lighting devices with respect to the other one of said first and second lighting devices. | Yes.  |